# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 16, 2024

Lyle W. Cayce
Clerk

No. 23-20347
Summary Calendar

_____

United States of America,

*Plaintiff—Appellee*,

*versus*

Hendry Jordank Jimenez Milanes,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:18-CR-693-4

_____

Before Haynes, Higginson, and Douglas, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Hendry Jordank Jimenez Milanes has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Jimenez Milanes has filed a response.[1] We have

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

[1] While Jimenez Milanes did not file a response in this court, he did file a pro se affidavit in the district court that we construe as a response.

No. 23-20347

reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Jimenez Milanes's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.